BARRY J. PORTMAN
Federal Public Defender
GEOFFREY HANSEN
Chief Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant TEMPLE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08 -0853 PJH |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED]** |
| vs. ) | **ORDER TO CONTINUE** |
| ) | |
| JAMES TEMPLE, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

The defendant has pleaded guilty to transportation of child pornography. As the Court might recall from the plea proceedings, Mr. Temple suffers from various mental disabilities which merit further examination for purposes of sentencing. In addition, counsel could not arrange before he left for a three week family matter to have the probation officer meet with Mr. Temple. The Probation Officer needs a least an additional month to prepare the report after he has interviewed the defendant.

For both of these reasons, the defendant respectfully asks that the sentencing in this matter be continued until August 19, 2009.

*Temple*, CR-08 -0853 PJH
STIP. TO CONTINUE                                    1

**IT IS SO STIPULATED**

Dated: June 05, 2009                     _____/s/_____
                                         GEOFFREY HANSEN
                                         Chief Assistant Federal Public Defender


Dated: June 05, 2009                    _____/s/_____
                                         CYNTHIA FREY
                                         Assistant United States Attorney


## [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, it is hereby ORDERED that the defendant's sentencing date is continued until August 19, 2009 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: 06/11/09                         _____
                                         THE HONORABLE PHYLLIS J. HAMILTON
                                         UNITED STATES DISTRICT JUDGE

*Judge Phyllis J. Hamilton* (signature stamp, United States District Court, Northern District of California)

*Temple*, CR-08-0853 PJH
STIP. TO CONTINUE                             2